```
 1  DAVID R. REED, State Bar #62479
    Attorney at Law (Automatictrials@yahoo.com)
 2  3699 Wilshire Blvd. Suite 850
    L.A., Ca. 90010
 3  (310) 854-5246
    (760) 342-7927 fax
 4
    Attorney for: WAYNE A. GOIK
 5
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO: CR-08-284(B) AHM |
|---|---|---|
| Plaintiff, | ) | ORDER TO ADD MENTAL HEALTH COUNSELING/TREATMENT TO DEFENDANT'S CONDITIONS OF PRETRIAL RELEASE |
| -vs- | ) | |
| WAYNE ARTHUR GOIK, | ) | |
| Defendant. | ) | |

GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that defendant is to participate in a mental health evaluation and/or counseling and/or treatment as directed by Pretrial Services. The defendant shall pay all or part of the costs based upon his ability to pay, as determined by Pretrial Services.

Dated: May 13, 2008

cc: **PSA**

_____
Honorable A. Howard Matz
United States District Judge

1